UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SETH TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:17-cv-01359 |
| D.C.S.O., ET AL., | ) ) ) | |
| Defendant. | ) | |

## ORDER

Magistrate Judge Brown has issued a Report and Recommendation (Doc. No. 37) in which he recommends that the Motion for Summary Judgment filed by the Metropolitan Government of Nashville and Davidson County (Doc. No. 34) be granted, that this case be dismissed with prejudice, and that any appeal not be certified as taken in good faith. No objections have been filed to the Report and Recommendation.

Having reviewed the matter *de novo* in accordance with Rule 72 of the Federal Rule of Civil Procedure, the Court agrees with the recommended disposition because Plaintiff has failed to establish a deliberate indifference to a serious medical needs. Accordingly,

(1) The Report and Recommendation (Doc. No. 37) is **ADOPTED** and **APPROVED**;

(2) The Motion for Summary Judgment (Doc. No. 34) filed by the Metropolitan Government of Nashville and Davidson County is **GRANTED**;

(3) This case is hereby **DISMISSED WITH PREJUDICE**; and

(4) A Certificate of Appealability will **NOT ISSUE** because any appeal would not be taken in good faith.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE